**5**

**Fred GREENE, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

Circuit Court of Appeals, Second Circuit.
March 5, 1928.

No. 287.

In Error to the District Court of the United States for the Southern District of New York.

Lester R. Bachner and Aaron A. Roth, both of New York City, for plaintiff in error.

Radcliffe Swinnerton, of New York City, for the United States.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.